UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-390-R-5 |
| Plaintiff, | FINDINGS IN SUPPORT OF DENIAL OF BAIL PURSUANT TO 18 U.S.C. § 3142 |
| v. | |
| CHRISTY ARIZMENDI GONZALEZ, | |
| Defendant. | |

On July 8, 2016, this Court granted the Government's Application for Bail Review or Reconsideration of Order Setting Conditions of Release. Defendant subsequently appealed, and the Court of Appeals requested that this Court "explain the findings it made that support the denial of bail pursuant to 18 U.S.C. §3142." The Court herein provides such findings.

Based on the facts alleged in the indictment, this Court denied bail for the following reasons. Defendant allegedly serves as the "secretary" for the Canta Ranas Organization ("Organization") of the Mexican Mafia. Defendant visited Mexican Mafia D.G., who is imprisoned at Pelican Bay State Prison, on five separate occasions. Between visits, Defendant spoke on the phone with Mexican Mafia D.G. to coordinate gang activities with Mexican Mafia D.G. while he was in prison. Defendant discussed the collection of fees or taxes from members of

1  the alleged enterprise.  Defendant's meetings and phone calls allow for Mexican Mafia D.G. to
2  operate the Organization from prison and continue its criminal enterprises.  As the alleged
3  secretary for the Organization, Defendant is uniquely positioned and qualified to facilitate
4  the Organization's operations.  Defendant can handle the requests of Mexican Mafia D.G. and
5  allow him to continue to direct the Organization while imprisoned.  Defendant's activities thereby
6  endanger the community by facilitating the activities of the Organization.

7  Additionally, forty-four grams of methamphetamine were discovered at Defendant's
8  residence.  Given the large quantity of drugs and the connections with members of the
9  Organization, there is a high risk that Defendant would distribute drugs and thereby endanger the
10 community.

11 These findings supported this Court's decision to deny bail pursuant to 18 U.S.C. § 3142.

13 Dated: September 22, 2016.

16 MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE

18 CC: USCA 9th Circuit